B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Roberta Lueken
      William R Lueken

Debtor(s)

Case No. _____
Chapter   13

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 274.00 in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

    $ _____ 75.00 _ Check one   ☐   With the filing of the petition, or
                                    ■   On or before   11/05/08

    $ _____ 100.00 _ on or before     11/24/08

    $ _____ 99.00 _ on or before     12/23/08

    $ _____ on or before     _____

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   October 20, 2008

/s/ Peter Bibler ARDC No.

Attorney for Debtor(s)
Peter Bibler ARDC No. 6285751
Legal Assistance Foundation of
Metropolitan Chicago
3333 W Arthington
Suite 151
Chicago, IL 60624
773-321-7917
Fax: 773-638-0036

Signature   /s/ Roberta Lueken
               Roberta Lueken
               Debtor

Signature   /s/ William R Lueken
               William R Lueken
               Joint Debtor

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
### Northern District of Illinois

In re    Roberta Lueken
      William R Lueken                                 Case No. _____
                              Debtor(s)      Chapter    13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐   With the filing of the petition, or
                                    ☐   On or before  _____

$ _____    on or before  _____

$ _____    on or before  _____

$ _____    on or before  _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____            _____
                                                     *United States Bankruptcy Judge*